# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOHN STAFFORD, et al., | : | Case No. 3:16-cv-00125 |
| Plaintiffs, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| DONNA WARD, et al., | : | |
| Defendants. | : | |

# RECUSAL ORDER

This matter is before the Court for *sua sponte* review. The possibility recently emerged in this case that the exercise of magistrate-judge jurisdiction is not warranted under 28 U.S.C. §636(c). *See* Doc. #36, *PageID* #s 437, 444. Given this and other circumstances, the undersigned hereby RECUSES herself from any participation in this case and directs the Clerk to return assignment of this case to District Judge Rice.

January 24, 2018                                  *s/Sharon L. Ovington*
                                                                  Sharon L. Ovington
                                                                  United States Magistrate Judge