# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOHN STAFFORD, *et. al.*, | : | Case No. 3:16-cv-125 |
| Plaintiffs, | : | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| DONNA WARD, *et al.*, | : | |
| Defendants. | : | |

## RECUSAL ORDER

As previously indicated in the Order docketed on January 24, 2018 (Doc. #37), the undersigned hereby recuses herself from any participation in this case.


February 23, 2018              *s/Sharon L. Ovington*
                               Sharon L. Ovington
                               United States Magistrate Judge