IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN STAFFORD, *et al.*, | : | |
| Plaintiffs, | | |
| v. | : | Case No. 3:16-cv-125 |
| DONNA WARD, *et al.*, | | JUDGE WALTER H. RICE |
| Defendants. | : | |

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT MERRILL SOLOMON'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO PLAINTIFF'S FIRST, FOURTH, FIFTH AND SIXTH CLAIMS FOR RELIEF (DOC. #58)

---

Given the parties' Stipulation of Dismissal Without Prejudice as to First, Fourth, Fifth and Sixth Causes of Action of the First Amended Complaint, Doc. #67, the Court OVERRULES AS MOOT Defendant Merrill Solomon's Motion for Judgment on the Pleadings as to Plaintiff's First, Fourth, Fifth and Sixth Claims for Relief, Doc. #58.

Date: May 3, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE